360 A.2d 638

COMMONWEALTH

v.

ASHFORD, Appellant.

Submitted December 16, 1976. Charles S. Lieberman, and Wolov, Rosenberg & Alexy, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court dismissing the petition is reversed, the case is remanded to the lower court, and appellant is permitted to file written post-trial motions *nunc pro tunc*.